UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

FILED BY _____ D.C.

05 SEP 29 AM 11: 58

CASE NO.:   03-20058 –1- B

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

v.

YOSVANY CABRERA and
YORDANIS ESCRIBA RUIZ,

    Defendants.
_____/

## ORDER

**THIS CAUSE** having come upon the court by Attorney Juan M. Gonzalez' Motion for Special Admission for the Purposes of a Limited Appearance in Regards to the filing of Defendant's Yosvany Cabrera's Motion to Early Terminate Probation,

It is hereby **ORDERED AND ADJUDGED** that Defendant's Motion is Granted. Accordingly,

1. Juan M. Gonzalez, Esq., is hereby granted special admission to this Court for the purposes of a Limited Appearance for the representation of Defendant Yosvany Cabrera solely as to a Motion to Early Terminate Probation in the above style cause.

DONE AND ORDERED in Memphis, Tennessee on this 27th day of September, 2005.

_____
Honorable Judge Daniel Breen

cc: Juan M. Gonzalez, Esq., 3971 S.W. 8th St., Suite # 310, Miami, Fl. 33134

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-30-05

140

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 140 in case 2:03-CR-20058 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Juan M. Gonzalez
JUAN M. GONZALEZ, P.A.
3971 S.W. 8th St.
Ste. 310
Miami, FL 33134

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT