Prob 35
(3/98)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

Yosvany Cabrera

Crim. No. 2:03CR20058-01

On April 20, 2004, the above named was placed on Probation for a period of two (2) years. He has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from Probation.

Respectfully submitted,

Edward E. Shaw
U.S. Probation Officer
Electronic Monitoring Specialist

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.

Dated this 14th day of Nov, 2005.

United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-15-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 142 in case 2:03-CR-20058 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Juan M. Gonzalez
JUAN M. GONZALEZ, P.A.
3971 S.W. 8th St.
Ste. 310
Miami, FL 33134

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT